FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12  AM 9: 40

CLERK C Reynolds
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KATHY G. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-166 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendant.

SO ORDERED this 12th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE